No. 24-1500

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ALLIANCE FOR THE WILD ROCKIES,
*Plaintiff/Appellant*,

v.

JEANNE HIGGINS, et al.,
*Defendants/Appellees*.

Appeal from the United States District Court for the District of Idaho
No. 2:19-cv-332-REP (Magistrate Judge Raymond E. Patricco)

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF DEADLINE FOR PETITION FOR REHEARING**

Federal Defendants respectfully move under Federal Rule of Appellate Procedure 26(b) for a 30-day extension of time, to and including September 30, 2026, of the deadline to file a petition for rehearing. The reasons for the request follow.

1. This Court issued its published opinion in this case on July 16, 2026. Any petition for rehearing under Rule 40 is therefore due August 31, 2026. *See* Fed. R. App. P. 40(d).

2. The government's deliberative process for determining how to proceed following court of appeals opinions is intensive and involves consultation at several levels within the Department of Justice and, in this case, the U.S. Department of Agriculture.

3. Separately, undersigned counsel's other matters have so far prevented him from devoting sufficient attention to this case and will continue to prevent him from doing so under the current schedule. Moreover, undersigned counsel was assigned to this case after briefing and argument, which has required additional time to familiarize himself with the legal issues. As such, without an extension, undersigned counsel will be unable to complete the deliberative processes set out above and, if necessary, prepare any filing on the

government's behalf, under the current deadline. Counsel's conflicting matters warranting the 30-day extension requested here are listed below:

- Principal responsibility for drafting the government's answering brief in U*nited States v. Arkema Inc.*, No. 25-8219 (9th Cir.), due August 10, 2026.
- Principal responsibility for drafting the government's answering brief in *United States v. EES Coke Battery, LLC, et al.*, No. 26-1296 (6th Cir.), due August 24, 2026.
- Undersigned counsel has also been responsible for reviewing the work of other ENRD attorneys in several other matters during the relevant timeframe, including the government's answering brief in *Alliance for the Wild Rockies v. U.S. Forest Service*, No. 25-7488 (9th Cir.) and opening brief in *Environmental Protection Information Center v. Ruvelas, et al.*, No. 26-1121 (9th Cir.).

4. Undersigned counsel provided notice of this motion via email to counsel for Plaintiff, who does not oppose the motion.

Respectfully submitted,

/s/ Jacob D. Ecker
JACOB D. ECKER
*Attorney*
U.S. Department of Justice
Environment & Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3045
jacob.ecker@usdoj.gov

August 24, 2026
90-1-4-15841

## CERTIFICATE OF COMPLIANCE

This motion complied with the length limits permitted by Ninth Circuit Rules 27-1 and 32-3, which together establish a word-limit of 5,600 words. The motion contains 332 words, excluding the items exempted by Cir. R. 27-1(1)(d). The type size and typeface comply with Fed. R. App. P. 27(d)(1)(E), because this document has been prepared in a proportionally spaced typeface using Microsoft Word 360 in 14-point Century Schoolbook font.

*/s/ Jacob D. Ecker*
JACOB D. ECKER